1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>MARDICK MARCELO DÁVILA AGOSTO<br><br>DEBTOR(S) | CASE NO.: 16-00565<br><br>CHAPTER 13 |

**MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (c)(3)**

TO HONORABLE COURT:

Comes debtor represented by the undersigned attorney and most respectfully exposes and prays:

1. Debtor has filed the instant voluntary bankruptcy petition on January 29th 2016.

2. The debtor, Mr. Mardick Marcelo Dávila Agosto, previously filed a bankruptcy petition case no. 13-04756 MCF on June 8th, 2013 under Chapter 13 and the case was dismissed on February 3rd, 2015.

3. Debtor has no other pending bankruptcy case in the preceding one year period.

4. Debtor currently is employed by an insurance company as a sales representative. This is his only source of income.

5. The previous bankruptcy case was not successful since:

    i. Before filing bankruptcy case no. 13-04756 MCF (his first bankruptcy case), he was employed as a construction worker, the company ceased operations and debtor became unemployed.
    ii. Upon filing the bankruptcy case no. 13-04756 MCF he started working as an insurance broker with a provisional license. He later obtained his insurance broker permanent license on March 2014.
    iii. Since then, debtor has managed to obtain an insurance portfolio that has led to a stable income in addition to new clients.

6. With this being said and according to the aforementioned debtor will be able to comply with all the requirements in order to obtain a discharge for bankruptcy case no. 16-00565.

2

7.	Debtor requests that this Honorable Court files an Order to extend the Automatic Stay which will terminate on February 3rd, 2016 without further notice from the Court. Maintaining the Automatic Stay will aid in the goal of a successful conclusion of this case and will benefit all parties in interest.

WHEREFORE, debtor respectfully request from this Honorable Court to grant this motion to extend the Automatic Stay as to all creditors, after notice and opportunity to be heard and for all other proper relief. It is also respectfully requested to continue the stay under 11 U.S.C. § 362 (a) as to all creditors for the duration of this Chapter 13 proceeding.

*NOTICE*

Debtor hereby gives notice of this motion, to the parties in interest identified. Eleven (11) days are granted from the date of this notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an Order granting the motion. Should an opposition be timely filed the Court will schedule the motion for a hearing as a contested matter.

RESPECTFULLY SUBMITTED.

In Caguas, Puerto Rico, on this 1st day of February 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

/s/ **JOSÉ A. LEÓN LANDRAU, ESQ.**

JOSÉ A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, PR 00726
Phone: (787) 746-7979
Fax: (787) 961-9348

I affirm under penalty of perjury that the foregoing is true and correct to the best of our information and believe and that this motion if filed in good faith and for the benefit of all parties in interest.

_____
/s/ MARDICK MARCELO DAVILA AGOSTO
Debtor