## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**MARDICK MARCELO DAVILA AGOSTO
aka MARDICK DAVILA AGOSTO, aka MARDICK
M DAVILA AGOSTO**

**xxx–xx–6002**

Debtor(s)

Case No. **16–00565 MCF**

Chapter **13**

FILED & ENTERED ON 2/2/16

### *NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY*

On 02/01/2016, debtor's(s') filed a motion for continuation of the automatic stay as to debtor (docket entry #6). In accordance with P.R. LBR 4001–5, if an objection is timely filed, a hearing will be held on 3/1/16 at 01:30 PM at 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR 00901. If no objection is filed within fourteen (14) days, the hearing may be vacated.

In San Juan, Puerto Rico, this Tuesday, February 2, 2016 .

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court
By:
*Tatiana Colon*
Deputy Clerk